**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-7682**

CURTIS LAMAR KING,

       Plaintiff - Appellant,

   v.

ASSOCIATE WARDEN ARTHUR BURTON; BRYAN STIRLING; MARY MONTOUTH, Grievance Coordinator,

       Defendants - Appellees.

Appeal from the United States District Court for the District of South Carolina, at Rock Hill.  Bruce H. Hendricks, District Judge.  (0:18-cv-02856-BHH)

Submitted:  March 23, 2021                   Decided:  March 29, 2021

Before THACKER, QUATTLEBAUM, and RUSHING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Curtis L. King, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Curtis L. King appeals from the district court's order adopting the recommendation of the magistrate judge and dismissing Defendant Burton without prejudice based on King's failure to effect proper service and granting summary judgment to the remaining Defendants in King's 42 U.S.C. § 1983 civil rights action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *King v. Burton*, No. 0:18-cv-02856-BHH (D.S.C. Sept 24, 2020). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
